IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| H.C., *et al.*, | : | |
|     Plaintiffs, | : | |
| | : | |
| v. | : | Civil No. 5:22-cv-01588-JMG |
| | : | |
| HON. BRIAN CHUDZIK, *et al.*, | : | |
|     Defendants. | : | |

**ORDER**

**AND NOW**, this 31st day of March, 2023, upon consideration of Defendants Lancaster County and Cheryl Steberger's Motion to Dismiss (ECF No. 25), Defendants Miles Bixler, Brian Chudzik, Andrew LeFever, and Edwin Tobin's Motion to Dismiss (ECF No. 26), Plaintiffs' response thereto (ECF No. 34) and oral arguments held on the matter on November 16, 2022, and for the reasons stated in the accompanying Memorandum Opinion, it **IS HEREBY ORDERED** that:

1. Defendants' Motions to Dismiss (ECF Nos. 25 & 26) are **GRANTED in part and DENIED in part** as follows: Count III of the Complaint is **DISMISSED with prejudice** and Count IV is **DISMISSED without prejudice**. Defendants' motions to dismiss Counts I & II are **DENIED.**

2. Plaintiffs are **GRANTED** leave to file an amended complaint no later than **April 21, 2023** with respect to Count IV. If Plaintiffs do not file an amended complaint, Count IV will be dismissed with prejudice.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge