IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| H.C., *et al.*, | : | |
|     Plaintiffs, | : | |
| | : | |
| v. | : | Civil No. 5:22-cv-01588-JMG |
| | : | |
| HON. BRIAN CHUDZIK, *et al.*, | : | |
|     Defendants. | : | |

**ORDER**

**AND NOW**, this 11th day of August, 2025, upon consideration of Plaintiffs' Memorandum of Law in Support of This Court Retaining Jurisdiction (ECF No. 67), Defendants, Lancaster County and Warden Cheryl Steberger's Brief on Abstention Doctrines as Ordered by The Court (ECF No. 68), Judicial Defendants' Abstention Brief (ECF No. 69), Defendants, Lancaster County and Warden Cheryl Steberger's Brief in Reply to Plaintiffs' Memorandum on Abstention Doctrines (ECF No. 70), Plaintiffs' Response in Opposition to Defendants' Abstention Briefing (ECF No. 71), Judicial Defendants' Response Brief (ECF No. 72), **IT IS HEREBY ORDERED** that the Court invokes abstention under *Younger v. Harris*, 401 U.S. 37 (1971). The Court therefore declines to exercise jurisdiction over Plaintiffs' claims, and they are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED**, upon consideration of Plaintiffs' Motion to Compel Responses to Their Second Set of Requests for Production of Documents (ECF No. 75), Judicial Defendants' Response to Plaintiffs' Motion to Compel Responses to Their Second Set of Requests for Production of Documents (ECF No. 76), and Plaintiffs' Motion for a Status Conference (ECF No. 77), that both the Motion to Compel (ECF No. 75) and the Motion for a Status Conference (ECF No. 77) are **DENIED AS MOOT**.

2

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to mark this case **CLOSED**.

BY THE COURT:


*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge

Case 5:22-cv-01588-JMG    Document 81    Filed 08/11/25    Page 2 of 2